JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JESUS E. S.,[1] | Case No. 2:23-cv-08688-DTB |
| Plaintiff, | |
| v. | **JUDGMENT** |
| MARTIN O' MALLEY,[2] Commissioner of Social Security, | |
| Defendant. | |

In accordance with the Order Remanding Decision of Commissioner filed herewith,

/ / /

/ / /

/ / /

---

[1] Plaintiff's name is partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Martin O'Malley is substituted for Kilolo Kijakazi as the defendant in this action. Fed. R. Civ. P. 25(d).

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and this action is remanded for further proceedings.

Dated: October 22, 2024

_____
DAVID T. BRISTOW
United States Magistrate Judge