E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
MARGARET BRANICK-ABILLA, CSBN 223600
Special Assistant United States Attorney
    Office of Program Litigation, Office 7
    Office of the General Counsel
    Social Security Administration
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: (510) 970-4809
    Email: Margaret.Branick-Abilla@SSA.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS E. SEPULVEDA,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN COLVIN, Acting Commissioner of Social Security,[1]<br><br>    Defendant. | No. 2:23-cv-08688-DTB<br><br>**ORDER** |

---

[1] Carolyn Colvin became the Acting Commissioner of Social Security on November 30, 2024. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn Colvin should be substituted for Martin O'Malley as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Based upon the parties' Stipulation for the Award and Payment of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), IT IS ORDERED that fees in the amount of $7,000.00 as authorized by 28 U.S.C. § 2412 be awarded to Plaintiff subject to the terms of the Stipulation.

DATED: January 17, 2025

HON. DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE